
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLOTTE HORST, *et al.*,

    Plaintiffs,

v.

CLAYTON R. HIGGINS, JR., *et al.*,

    Defendants.

Civil Action No. 19-2383 (UNA)

## MEMORANDUM OPINION

It appears that a Deputy Clerk of the Supreme Court of the United States returned to

plaintiff Charlotte Horst a petition she had addressed directly to Justice Neil Gorsuch with

instructions to file a corrected petition. Horst alleges that defendants lack the authority to reject

a submission. In doing so, the Clerk and Deputy Clerk impersonate Supreme Court Justices and,

in effect, render judgment in violation of rights protected under federal statutes and various

provisions of the United States Constitution. Among other relief, Horst demands an order

enjoining the Clerk and Deputy Clerks from returning her submissions.

The Clerk of the Supreme Court is the designated recipient of all documents filed with

the Supreme Court, and he is authorized to reject any filing that does not comply with applicable

rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any,

must be taken by the Supreme Court and its administrative officers. *See Miller v. Harris*, 599 F.

App'x 1, 1 (per curiam) (D.C. Cir. 2015) ("The district court correctly determined it lacked

jurisdiction to review decisions of the United States Supreme Court, including those of its Clerk

of Court."); *In re Marin*, 956 F.2d 339, 340 (D.C. Cir.) (per curiam) ("We are aware of no

authority for the proposition that a lower court may compel the Clerk of the Supreme Court to take any action."), *cert. denied*, 506 U.S. 844 (1992); *Gillenwater v. Harris*, No. 16-CV-495, 2016 WL 8285811, at *2 (D.D.C. Apr. 12, 2016), *aff'd,* No. 16-5107, 2016 WL 6915556 (D.C. Cir. Oct. 5, 2016) (per curiam), *cert. denied*, 137 S. Ct. 1345 (2017).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: August 24, 2019

United States District Judge